IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | NO. 05 B 58035 |
| PHILIMINO MICKELL | ) | HON. JOHN H. SCHMETTERER |
| | ) | BANKRUPTCY JUDGE |

NOTICE OF TRUSTEE'S FINAL REPORT, HEARING ON
APPLICATIONS FOR COMPENSATION, AND HEARING ON
THE ABANDONMENT OF PROPERTY BY THE TRUSTEE

TO:  The Debtor, Creditors and Other Parties in Interest:

1.  NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation.  A hearing will be held

   AT:  United States Bankruptcy Court
        219 South Dearborn, Courtroom 682
        Chicago, Illinois 60604

   ON:  **June 26, 2008**                    AT:  **10:30 a.m.**

2.  The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses, and any objections to the pending applications and transacting such other business as may be properly noticed before the Court.  ATTENDANCE BY THE DEBTOR AND THE CREDITORS IS WELCOMED BUT NOT REQUIRED.

3.  The Trustee's Final Report shows total

   | | |
   |---|---|
   | RECEIPTS | $7,607.32 |
   | DISBURSEMENTS | $16.58 |
   | NET CASH AVAILABLE FOR DISTRIBUTION | $7,590.74 |

4.  Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| APPLICANT | COMPENSATION PREVIOUSLY PAID | FEES NOW REQUESTED | EXPENSES |
|---|---|---|---|
| Brenda Porter Helms Trustee | $0.00 | $1,510.73 | $0 |

5.  No applications for Chapter 11 fees and administrative expenses have been filed in this case.

6.  No priority claims have been filed in this case.

7.  General unsecured creditors filed claims totaling $2,701.00 and will receive a distribution of 100% of the amount of their claims, as follows:

| Creditor | Amount of Claim | Amount of Dividend |
|---|---|---|
| Citibank USA | $2,701.00 | $2,701.00 |

8.  LVNV Funding LLC filed a late claim in the amount of $6,438.74 and will receive a distribution of $3,379.01 or 52% of its claim.

9.  All proposed dividends are approximations.  Actual dividends may differ due to interest accrual, fee reductions or as ordered by the Court.

10. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 S. Dearborn Street, 7th Floor, Chicago, Illinois.  If no objections are filed, the Court will act on the fee applications and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure without further order of Court.

11. The debtor received a discharge.

12. The Trustee does not propose to abandon any property.


                                        For the Court:


Dated:  **May 27, 2008**                **KENNETH S. GARDNER**
                                        Kenneth S. Gardner, Clerk
                                        United States Bankruptcy Court

Trustee:  Brenda Porter Helms
          3400 W. Lawrence Avenue
          Chicago IL 60625
          (773) 463-6427
          (773) 267-9405 (fax)

# CERTIFICATE OF SERVICE

**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

```
District/off: 0752-1          User: amcc7              Page 1 of 1              Date Rcvd: May 27, 2008
Case: 05-58035               Form ID: pdf002           Total Served: 13

The following entities were served by first class mail on May 29, 2008.
db          +Philimino Mickell,   4133 W Harrison,   Chicago, IL 60624-3550
tr          +Brenda Porter Helms, ESQ,   The Helms Law Firm, P.C.,   3400 West Lawrence,
             Chicago, IL 60625-5104
10302408     Charter One Mortgage,   POB 20411,   Rochester, NY 14602-0411
10900931    +CitiBank USA NA,   P O Box 182149,   Columbus Oh 43218-2149
10302409     ICS,   POB 646,   Oak Lawn, IL 60454-0646
10302410     Northwestern Medical Facility,   POB 75494,   Chicago, IL 60675-5494
10302411    +Northwestern Memorial Hospital,   POB 73690,   Chicago, IL 60673-0001
10302412    +Nuclear Medicine Associates,   POB 188,   Landisville, PA 17538-0188
10302413    +Providian,   POB 660509,   Dallas, TX 75266-0509
10302414     RPM,   POB 830913,   Birmingham, AL 35283-0913
10302415    +Rush Univ Med Cntr c/o,   MRSI,   2200 East Devon, 288,   Des Plaines, IL 60018-4501
10302416     Sears Card,   POB 182149,   Columbus, OH 43218-2149

The following entities were served by electronic transmission on May 28, 2008.
11203445     E-mail/Text: resurgentbknotifications@resurgent.com                    LVNV Funding LLC,
             Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
                                                                                    TOTAL: 1

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: May 29, 2008**                    **Signature:**   *Joseph Speetjens*